IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREN HAWK : | |
| : | CIVIL NO. 13-1964 |
| v. : | |
| : | |
| EOS CCA : | |
| : | |

## ORDER

AND NOW, this 7th day of March, 2014, upon consideration of Defendant EOS CCA's Motion for Judgment on the Pleadings (Dkt. No. 7) and the responses thereto, it is hereby **ORDERED** that Defendant's Motion is **GRANTED,** and Judgment is entered in favor of EOS CCA.

BY THE COURT:

/s/ C. Darnell Jones, II
_____
C. DARNELL JONES, II,   U.S.D.J.